U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 19 2010

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| O.D. WRIGHT, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:09-CV-1923-B |
| | ) | |
| CITY OF DALLAS, TEXAS, et al., | ) | |
|     Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant City of Dallas, Texas' Amended Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6)*, filed January 21, 2010, (doc. 11) is **GRANTED,** and Plaintiff's request in his response to the motion for permission to amend his complaint is **DENIED.**

SIGNED this 19th day of Aug, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE