IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 1 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

O.D. WRIGHT                          §
    Plaintiff,                    §
                                     §
vs.                                  §     No. 3:09-CV-1923-B
                                     §
WILLIE MARK-#7716, KENNETH           §
FRANCIS-#6710, N. BARDIN-#4490,      §
T. CONWAY-#7430, M. CASTANON,        §
J. ALANIS-#8076, and JOHN DOES 1     §
& 2,                                 §
    Defendants.                   §

ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Defendants' 12(c) Motion for Partial Judgment on the Pleadings*, filed October 22, 2010 (doc. 42) is **DENIED** as moot, and Plaintiff's request to amend is **DENIED**.

SIGNED this 21st day of Jan , 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE